etc., of CHARLES H. SCHLEYER, Late of the City of Rochester, etc., Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concur.

In the Matter of the Petition of WILLIAM H. HURLEY, Appellant, for a Certiorari Order against JOHN C. HUMPHREY and Others.— Orders affirmed, with costs. All concur.

T. EUGENE HITCHCOCK, Sole Executor, etc., of WILLIAM P. HITCHCOCK, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur.

ANTHONY KORDEK, as Administrator, etc., of HELEN KORDEK, Deceased, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur.

ELMER G. PORTER, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

DORR S. LUDLAM, as Executor, etc., of EDITH SCOTT LUDLAM, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Crouch, J., not sitting.

THE NEW YORK CENTRAL RAILROAD COMPANY and Another, Appellants, v. JOHN G. SWIGERT and Others, Respondents.— Judgment affirmed, with costs. All concur.

LILLIAN WEGMAN ADAMS, as Executrix, etc., of JULIA WEGMAN PAGE, Deceased, Respondent, v. PAUL R. CLARK and Others, Appellants.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents, and Sears, J., not voting.

In the Matter of the Application of FAY B. PFISTER and Another, as Administrators, etc., of JOHN PFISTER, Deceased, Appellants, for the Examination of WILLARD V. REED and Others, Respondents, in Respect to the Ownership of Certain Bonds of the Black River Telephone Company and Other Property.— Decree and order affirmed, with costs payable out of the estate. All concur.

ANGELO DIFIORE, Respondent, v. NORTHERN WHOLESALE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

ANGELO DIFIORE, Respondent, v. NORTHERN WHOLESALE COMPANY, INC., Appellant.— Order denying motion for new trial on ground of newly-discovered evidence affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Petition of STATE COMMISSION OF HIGHWAYS, under Section 91, Railroad Law,* for an Order Determining that the Crossings at Grade of Pennsylvania State Line — Westfield, Part 1, Highway No. 8031 and the New York Central Railroad (main line), the New York, Chicago and St. Louis Railroad, Appellant, and the Railroad of the Buffalo and Lake Erie Traction Company (street surface), in the Town of Ripley, Chautauqua County, Shall Be Changed. (Case No. 471.) STATE OF NEW YORK, Respondent.— Orders affirmed, with costs. All concur; Hubbs, P. J., not sitting.

DAVID H. RYON and Others, Appellants, v. HARRIET L. LUTMAN and Others, Respondents.— Motion to dismiss appeal denied. Interlocutory judgment affirmed, with costs. All concur.

In the Matter of the Judicial Settlement of the Estate of SAVILLA BRATT, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur.

---

* Amd. by Laws of 1921, chap. 698.— [REP.